UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

       Plaintiff,            Case No.  05-71140

v.            District Judge John Corbett O'Meara
           Magistrate Judge R. Steven Whalen

DR. GEORGE PRAMSTALLER, et al.,

       Defendants.

_____/

**ORDER DENYING MOTION TO ACCESS MEDICAL RECORDS**

Defendants filed a Motion to Access Plaintiff's Medical Records [Docket #23]. On February 9, 2006, the undersigned filed a Report and Recommendation (R&R) that the complaint be dismissed. If the District Judge accepts that R&R, Defendants' motion will be moot.

Accordingly, Defendants' Motion [Docket #23] will be DENIED WITHOUT PREJUDICE. It may be refiled if the District Court denies the motion to dismiss that was the subject of the R&R.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

-1-

Dated: February 10, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 10, 2006.

                                                s/G. Wilson
                                                Judicial Assistant