UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

        Plaintiff,

v.                                                  No. 05-71140

DR. GEORGE PRAMSTALLER
et al.,                                    HON. JOHN CORBETT O'MEARA

        Defendants,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge Whalen's Report and Recommendation as well as any objections filed thereto,

**IT IS ORDERED** that the Reports and Recommendations are **ADOPTED** and entered as the findings and conclusions of this Court.


                                      s/John Corbett O'Meara
                                      John Corbett O'Meara
                                      United States District Judge


Dated:  March 6, 2006