UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

    Plaintiff,                                              Case No. 05-71140

v.                                                       Hon. John Corbett O'Meara

DR. GEORGE PRAMSTALLER, *et al.,*

    Defendants.
_____/

## ORDER OVERRULING OBJECTIONS
## TO MAGISTRATE'S ORDER

Before the court are Plaintiff's objections to Magistrate Judge Whalen's December 14, 2007 order granting in part Defendants' motion to access medical records. Plaintiff filed his objections on December 26, 2007; Defendants Piper and Camann filed a response on January 4, 2008.

Plaintiff is a prisoner, acting *pro se*, who alleges that he was denied appropriate medical treatment. The magistrate ordered Plaintiff to sign a release authorizing the Michigan Department of Corrections to produce his medical records. Plaintiff objects, contending that Defendants are requesting that he sign the release under the name Quentin D. Taylor, rather than Quentin C. Laster. According to Defendants, Plaintiff is incarcerated under the name Taylor, as his inmate number matches the name Quentin D. Taylor in the Michigan Department of Corrections Offender Tracking Information System. Defendants contend that the MDOC will not release medical records unless the name on the release matches the name in its system.

Pursuant to 28 U.S.C. § 636(b)(1)(A), this court may modify or set aside any portion of Magistrate Judge Whalen's order that is "clearly erroneous or contrary to law." See also Fed. R.

Civ. P. 72(a). Having reviewed the parties' submissions and applicable legal authority, the court finds that the magistrate's order is not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that Plaintiff's December 26, 2007 objections to Magistrate Judge Whalen's December 14, 2007 order are OVERRULED.

s/John Corbett O'Meara<br>United States District Judge

Date: January 17, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 17, 2008, by electronic and/or ordinary mail.

s/William Barkholz<br>Case Manager