UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

    Plaintiff,                    Case No.  06-13508, 05-71140

v.                                  District Judge John Corbett O'Meara
                                      Magistrate Judge R. Steven Whalen

DR. GEORGE PRAMSTALLER, et al.,

    Defendants.

_____/

**ORDER**

      Plaintiff Quentin Laster, a *pro se* prison inmate, has renewed his request for the appointment of counsel [Docket #66 in Case #06-13508, Docket #75 in Case No. 05-71140], his previous motion having been denied on December 26, 2007. A summary judgment motion is presently pending.  As I stated in my previous order, it is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied.

      Therefore, Plaintiff's motions for the appointment of counsel are DENIED.

      SO ORDERED.

                                                      S/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated:  February 25, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 25, 2009.

                                          S/G. Wilson
                                          Judicial Assistant