UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

       Plaintiff,                      Case Nos.  06-13508, 05-71140

v.                                  District Judge John Corbett O'Meara
                                     Magistrate Judge R. Steven Whalen

DR. GEORGE PRAMSTALLER, et al.,

       Defendants.

_____/

## ORDER STAYING DISCOVERY

On February 23, 2009, I filed a Report and Recommendation (R&R) that Defendants Caruso, Pramstaller and Booker be dismissed for lack of personal involvement.  It is therefore appropriate to grant the motion for protective order staying discovery, filed by these same Defendants [Docket #68 in Case No. 06-13508, and Docket #77 in Case No. 05-71140].

Accordingly, Defendants' motions are GRANTED, and discovery is STAYED as to Defendants Caruso, Pramstaller and Booker, until further order of the Court.

SO ORDERED.

                                                    S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  February 25, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 25, 2009.

S/G. Wilson<br>Judicial Assistant