UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

        Plaintiff,                Case nos. 05-71140
                                                06-13508

                                          HON. JOHN CORBETT O'MEARA
v.

DR. GEORGE PRAMSTALLER, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE WHALEN'S
REPORT AND RECOMMENDATION

      The Court having reviewed Magistrate Judge Whalen's Report and Recommendation, filed February 24, 2009, as well as any objections thereto filed by the parties, and being fully advised in the premises;

      IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

      IT IS FURTHER ORDERED that Plaintiff's motions for temporary restraining order and preliminary injunction (docket no. 70 in case no. 05-71140, and docket no. 60 in case no. 06-13508) are DENIED.

                                                                s/John Corbett O'Meara
                                                                United States District Judge

Date: March 20, 2009

Certificate of Service

     I hereby certify that the foregoing order was served upon the parties of record on March 20, 2009, by electronic and/or U.S. mail.

                                          s/William Barkholz
                                          Case Manager