UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

               Plaintiff,               Case nos. 05-71140
                                          06-13508

                                      HON. JOHN CORBETT O'MEARA
v.

DR. GEORGE PRAMSTALLER, et al.,

               Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE WHALEN'S
<u>REPORT AND RECOMMENDATION</u>

       The Court having reviewed Magistrate Judge Whalen's Report and Recommendation, filed February 23, 2009, as well as any objections thereto filed by the parties, and being fully advised in the premises;

       IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

       IT IS FURTHER ORDERED that Defendant Pramstaller's, Caruso's, and Booker's motion to dismiss for failure to demonstrate personal involvement (docket no. 58) is GRANTED.

                                    <u>s/John Corbett O'Meara</u>
                                    United States District Judge

Date: March 20, 2009

<u>Certificate of Service</u>

I hereby certify that the foregoing order was served upon the parties of record on March 20, 2009, by electronic and/or U.S. mail.

<u>s/William Barkholz</u>
Case Manager