UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

        Plaintiff,                Case no. 05-71140
                                              06-13508
v.

                                        HON. JOHN CORBETT O'MEARA.

DR. GEORGE PRAMSTALLER, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge R. Steven Whalen's February 25, 2011 Report and Recommendation, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and entered as the findings and conclusions of the Court.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: August 1, 2011

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 1, 2011, using the ECF system, and upon Plaintiff at 861 Lakewood, Detroit, Michigan 48215 by first-class U.S. mail.

                                           s/William Barkholz
                                           Case Manager